No. 1198.  WEST KENTUCKY COAL CO. *v.* NATIONAL LABOR RELATIONS BOARD.  June 10, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *James G. Wheeler* and *M. K. Gordon* for petitioner.  *Solicitor General McGrath, Ruth Weyand* and *Owsley Vose* for respondent.

No. 1202.  W. D. HADEN CO. *v.* WALLING, WAGE & HOUR ADMINISTRATOR.  June 10, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *W. P. Hamblen* for petitioner.  *Solicitor General McGrath, William S. Tyson, Morton Liftin* and *Joseph M. Stone* for respondent.

No. 1213.  MOORE, ADMINISTRATRIX, *v.* ATLANTIC COAST LINE RAILROAD CO.  June 10, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *William F. Stanton* for petitioner.  *Thomas W. Davis* and *M'Cready Sykes* for respondent.

No. 1215.  GUSTIN, ADMINISTRATOR, *v.* SUN LIFE ASSURANCE CO. OF CANADA.  June 10, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *M. C. Harrison* for petitioner.  *Amos Burt Thompson* for respondent.

No. 1231.  LEVERS, ADMINISTRATOR, *v.* ANDERSON, DISTRICT SUPERVISOR.  June 10, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.  *Huston Thompson* and *Hugh H. Obear*